# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00520-ADA |
| | § | |
| LG ELECTRONICS INC. | § | |

## ORDER SETTING MARKMAN HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MARKMAN HEARING VIA ZOOM for purposes of limited referral on Tuesday May 10, 2022 at 10:30 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 20th day of April, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE