UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**LG ELECTRONICS, INC.,**<br><br>Defendant. | **Case No. 6:21-cv-00520-ADA**<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO STAY

The Court, having considered the Parties' Joint Motion To Stay (the "Joint Motion") and noting that the request is filed jointly on behalf of all Parties to this proceeding, hereby GRANTS the Motion.

Therefore, the Joint Motion To Stay is hereby GRANTED, and the above-captioned case is stayed and administratively closed until final resolution of the last of the following related cases, including any appeals therefrom: (1) *ParkerVision, Inc. v. Realtek Semiconductor Corp.*, Civil Action No. 6:22-cv-01162 (W.D. Tex.); (2) *ParkerVision, Inc. v. MediaTek, Inc.*, Civil Action No. 6-22-cv-01163 (W.D. Tex.); (3) *TCL Industries Holdings Co., Ltd. v. ParkerVision, Inc.*, IPR2021-00990 (PTAB) and *LG Electronics, Inc. v. ParkerVision, Inc.*, IPR2022-00245 (PTAB); and (4) *TCL Industries Holdings Co., Ltd. et al v. ParkerVision, Inc.,* IPR2021-00985 (PTAB) and *LG Electronics, Inc. v. ParkerVision, Inc., IPR2022-00246 (PTAB).*

1

Trial of any remaining issues between ParkerVision and LGE will be scheduled upon lifting the stay and the parties' submission of an amended scheduling order.

SIGNED this 24th day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE